**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| ESTHER SPEIRS and STANLEY SPEIRS, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.  07-3610 |
| | : | |
| MARRIOTT INTERNATIONAL, t/a | : | |
| RENAISSANCE PHILADELPHIA HOTEL | : | |
| AIRPORT, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this  20th day of October, 2009, upon consideration of Defendant Columbia

Sussex Corporation's Motion for Summary Judgment (Doc. No. 27), and the Responses thereto,

it is hereby **ORDERED** that Defendant's Motion is **DENIED**.


BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE